# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Melvin Geiger,**<br>　　　**Debtor**<br><br>**Lakeview Loan Servicing, LLC**<br><br>　　　**Movant**<br>**v.**<br><br>**Melvin Geiger,**<br>　　　**Debtor/Respondent**<br>**KENNETH E. WEST, Esquire**<br>　　　**Trustee/Respondent** | **Bankruptcy No. 22-10759-elf**<br><br>**Chapter 13**<br><br>**Hearing Date: August 23, 2022**<br>**Hearing Time: 9:30am**<br>**Location: 900 Market Street, Suite 201, Philadelphia, PA 19107** |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Lakeview Loan Servicing, LLC has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1); for costs and disbursements of this action, and for such other and further relief as to the Court may deem just and proper.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then on or before August 16, 2022, **you or your attorney must filed a response to the Motion**. (*see Instructions on next page*).

    **(a)** File an answer explaining your position at: **900 Market Street, Suite 201, Philadelphia, PA 19107**

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough that it will be received on or before the dates stated above; and

**(b)** Mail a copy to the movant's attorney:

       Lauren B. Karl, Esquire.
       P.O. Box 305
       Ingomar, PA 15127
       Telephone: 973-575-0707 x 340
       Facsimile: 973-404-8886
       Email: lkarl@rascrane.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 19(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. **A hearing on the Motion** is scheduled to be held before **Eric L. Frank** on **August 23, 2022, at 9:30am in Courtroom #1, United States Bankruptcy Court, 900 Market Street, Suite 201, Philadelphia, PA 19107.** Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

Date: August 1, 2022

       Robertson, Anschutz, Schneid, Crane & Partners, PLLC
       Authorized Agent for Secured Creditor 130 Clinton Road, Suite 202,
       Fairfield, NJ 07004
       Telephone: 470-321-7112
       By: /s/Charles Wohlrab
       Charles Wohlrab, Esq.
       Email: CWohlrab@raslg.com